FILED

CM

JAN 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOHN W DARRAH

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 0030 |
| v. | ) | |
| | ) | Violation: Title 26, United States |
| KIM CHI T. NGUYEN | ) | Code, Section 7206(1) |

MAGISTRATE JUDGE VALDEZ

The UNITED STATES ATTORNEY charges:

On or about April 15, 2004, at Glenview, and elsewhere in the Northern District of Illinois, Eastern Division,

KIM CHI T. NGUYEN,

defendant herein, a resident of Glenview, Illinois, willfully made and subscribed, and caused to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2003, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return she did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that the total income was $13,032, whereas the defendant then and there well knew and believed that her income exceeded $13,032, in that defendant failed to include additional income of approximately $93,109, she received in 2003 from the operation of her businesses, "Nail Tech 7" and "Nancy Nails;"

In violation of Title 26, United States Code, Section 7206(1).

Patrick J. Fitzgerald
UNITED STATES ATTORNEY by

Joel R. Fa