**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CR 0030 |
|---|---|

UNITED STATES OF AMERICA,

v.

KIM CHI T. NGUYEN.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KIM CHI T. NGUYEN

| |
|---|
| NAME (Type or print)<br>    MICHAEL VON MANDEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Michael von Mandel |
| FIRM<br>    VON MANDEL & VON MANDEL |
| STREET ADDRESS   79 WEST MONROE STREET, SUITE 1000 |
| CITY/STATE/ZIP   CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2910780 | TELEPHONE NUMBER<br>(312) 726-2145 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  YES X        APPOINTED COUNSEL ☐ |
|---|