## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 30 | **DATE** | 1/22/2008 |
| **CASE TITLE** | USA vs. Kim Chi T Nguyen | | |

**DOCKET ENTRY TEXT**

Arraignment held on 1/22/2008 as to Kim Chi T Nguyen (1). Defendant appears pursuant to surrender on 1/24/08. Defendant informed of her rights. Michael J. Von Mandel's oral motion for appointment of counsel is granted. Defendant enters plea of not guilty on all counts of the information. 16.1(a) conference to be held by 1/29/08. Pretrial motions are to be filed by 2/5/08. Responses are due 2/12/08. Replies are due 2/19/08. Ruling on motions set before Judge Darrah on 2/26/08 at 9:45 a.m. Government and defendant agree to certain conditions of release. Government's oral motion to exclude time is granted. Enter excludable time from 1/22/08 to 2/26/08 pursuant to 18:3161(h)(1)(F). (X-E) All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|