## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 30 - 1 | **DATE** | 1/28/2008 |
| **CASE TITLE** | USA vs. Kim Chi T. Nguyen | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 2/19/08 at 10:00 a.m. for defendant Kim Chi T. Nguyen

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|