C.H.

AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

v.

KIM CHI T. NGUYEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 30

I, __Kim Chi T. Nguyen__, the above named defendant, who is accused in the information of, on or about April 15, 2004, at Glenview, and elsewhere in the Northern District of Illinois, Eastern Division, willfully making and subscribing, and causing to be made and subscribed, a U.S. Individual Income Tax Return (Form 1040 with schedules and attachments) for the calendar year 2003, which return was verified by written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which income tax return I did not believe to be true and correct as to every material matter, in that said return reported on Line 22 that my total income was $13,032, whereas I then and there well knew and believed that my income exceeded $13,032, in that I failed to include additional income of approximately $93,109 I received in 2003 from the operation of my businesses, "Nail Tech 7" and "Nancy Nails," in violation of Title 26, United States Code, Section 7206(1);

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __January 22, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

JAN 28 2008

**FILED**

JAN 2 8 2008
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT