# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 30 - 1 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA v. Kim Chi T. Nguyen | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant Kim Chi T. Nguyen withdraws her plea of not guilty and enters a plea of guilty to count one of the information. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the probation office for the preparation of a presentence investigation report. Sentencing set for 5/20/08 at 1:00 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MF |
|---|---|---|