## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 30 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Kim Chi T. Nguyen | | |

**DOCKET ENTRY TEXT**

In court hearing set for 2/26/08 at 9:45 a.m. is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|