## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 30 - 1 | **DATE** | 5/20/2008 |
| **CASE TITLE** | USA vs. Kim Chi T. Nguyen | | |

**DOCKET ENTRY TEXT**

Sentencing set for 5/20/08 is re-set to 9/4/08 at 1:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|